# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04620 JF

V.

D. AMBRIZ, ET AL

TO:

CHIEF DISCIPLINARY OFFICER
D.M. MANTEL
SALINAS VALLEY STATE PRISON

31625 HWY 101

P.O. BOX 1050

SOLEDAD, CA 93960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
RICHARD J. CRANE C-44519
SALINAS VALLEY STATE PRISON
31625 HWY 101
P.O. BOX 1050
SOLEDAD, CA 93960

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Gordana Macic
(BY) DEPUTY CLERK

March 7, 2008
DATE

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICHARD JOSEPH CRANE | C07-04620 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| D. AMBRIZ, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D.H. MANTEL, CHIEF DISCIPLINARY OFFICER   SALINAS VALLEY STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
31625 HWY 101; P.O. BOX 1050   SOLEDAD, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD JOSEPH CRANE C-44519
SALINAS VALLEY STATE PRISON
31625 HWY 101; P.O. BOX 1050
SOLEDAD, CA 93960

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| GORDANA MACIC | | 408-535-5382 | 3/11/2008 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | am/pm |
|---|---|---|---|
| | | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **5. ACKNOWLEDGMENT OF RECEIPT**   FORM USM-285 (Rev. 12/15/80)