Richard J. Crane, No. C-44519
Salinas Valley State Prison, P.O. 1050
Fac. 'A' Bldg.#3, cell #124
Soledad,
CA 93960-1050

FILED

'08 MAR 10 P 4:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD JOSEPH CRANE,    )   No. C-07-04620-JF
                         )
    Plaintiff,            )   AFFIDAVIT OF SEMANU MILO
                         )   IN SUPPORT OF TEMPORARY
    vs.                   )   RESTRAINING ORDER AND/
                         )   PRELIMINARY INJUNCTION
D. AMBRIZ, et al.,        )
                         )
    Defendants.           )
                         )
_____)

I, Semanu Milo, hereby affirm:

1.  I am a California State Prisoner incarcerated at Salinas Valley State Prison, CDCR No. P-78110, under the custody of M.S. Evans, Warden.

2.  On March 12, 2008, at 10:30 a.m. I was going to my prison yard crew job. While I left the building I heard Richard Crane state: "Did you hear me threaten him?" Dotson looked. Richard Crane repeated: "Did you guys hear me threaten him?" C.O. Ambriz was in the tower, and I heard Ambriz state: "Throw him in Ad Seg, ruin his case." I will submit to polygraph.

1

3. On March 12, 2008, at 10:30 a.m. I was outside after leaving for work, when I heard C.O. Ambriz state: "Throw him in Ad Seg, ruin his case." I heard this statement from C.O. Ambriz from the tower window to the yard, while Crane and Dotson were inside the building. Right after the statement from Richard Crane: "Did you hear me threaten him?" About three times loud.

4. On March 12, 2008, Richard Crane was requesting to go to the yard to speak with witnesses, one of whom is Gerry Williams, but these prison guards have been harassing him at every chance.

5. On February 25, 2008, Monday, I observed C.O. Seward take Richard Crane's towel off of the shower door and throw it off the top tier on the ground. I had placed the towel there myself, and looked and observed towels on all of the shower doors. This was clear harassment of Richard Crane for suing the prison guards. I picked the towel off of the ground and put it back on the shower door. Richard Crane was at the cell window observing me.

I, Semanu Milo, affirm under the penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008.

_Semanu Milo_

Semanu Milo, #P-78110

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,

vs.

D. AMBRIZ, et al.,

    Defendants.

No. C-07-04620-JF

PROOF OF SERVICE

I hereby certify that on March 12, 2008, I served a copy of the attached:

AFFIDAVIT OF SEMANU MILO IN SUPPORT OF PRELIMINARY INJUNCTION

by placing a copy in a postage paid envelope addressed to the hereinafter listed, by depositing said envelope in the United States Mail at Salinas Valley State Prison:

KENNETH T. ROOST, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008

                                            Semanu Milo

LEGAL MAIL ONLY

Semanu Milo, #P-78110,
Salinas Valley State Prison,
Fac. 'A' Bldg. #3, Cell# 124
P.O. Box 1050,
Soledad, CA 93960-1050

**LEGAL MAIL**

CLERK OF THE COURT U.S. N
DISTRICT OF CALIFORNIA
280 South First St., #2112
San Jose, CA 95113-3095