Richard J. Crane, #C-44519
Salinas Valley State Prison
P.O. Box 1050, Soledad,
CA 93960-1050

4/24/08

Dear Clerk

[Re: RICHARD J. CRANE v. M.S. EVANS, No. C-07-0763-JF; Cases C-06-6910-JF; C-07-04620.]

FILED
2008 APR 30 P 3:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Your Court mailed Legal mail to me in a SASE on February 12, 2008, postmarked.

The Legal mail was entered at the Prisons mailroom Feb. 14, 2008, but the mail contents were stolen by prison guards, and the empty envelope without contents entered again at the Prisons mailroom April 03, 2008, and April 08, 2008.

On April 08, the empty envelope marked "Arrived SUSP State Prison mailroom" "Open No Contents 4/03/08.

Please! Contact the Federal Postal Inspector, and make note my legal mail was stolen.

I wrote to the F.B.I., but am without the address to the Postal Inspector.

Thank you very much.

Your truly,

R. Crane
Richard J. Crane
# C-44519

Salinas Valley State Prison, D9-196
P.O. Box 1050, Soledad,
CA 93960-1050



STATE PRISON
GENERATED MAIL

LEGAL MAIL
CONFIDENTIAL

CLERK OF U.S. NORTHER
DISTRICT COURT,
280 South First St., #211
San Jose, CA 95113-30