EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5735
  Fax: (415) 703-5843
  Email: Danielle.OBannon@doj.ca.gov

Attorneys for Defendants David Ambriz, Darious Galloway, Shawn Hatton, George Neotti, Darla Mantel and Matthew Zornes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD J. CRANE,<br><br>                           Plaintiff,<br><br>v.<br><br>D. AMBRIZ, et al.,<br><br>                          Defendants. | C 07-4620 JF<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, N. GRANNIS, declare as follows:

    1.   I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. I have been the Chief of Inmate Appeals Branch for five and a half years and have been employed with CDCR for twenty-four years. As the Chief of the Inmate Appeals Branch my responsibilities include overseeing staff who receive, screen, log, route, and assign director level appeals that are submitted by inmates. My duties also include monitoring the dispositions of these inmate appeals. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I

1. submit this declaration in support of Defendants' motion to dismiss.

2. I am familiar with sections of Title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be conducted by a designated representative of the Director under supervision of the chief, inmate appeals."

3. Usually, the director's decision exhausts the administrative remedy available to an inmate within the CDCR. The director's decision usually advises an inmate that the decision constitutes the exhaustion of administrative remedies available to the inmate within the CDCR.

4. The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it is given a Director's Level log number and entered into the computer system. The computer system was commenced in 1993. The following information is kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log numbers, inmate's name and CDCR number, the institution where the appeal arose, the date that the appeal is received and closed, and final disposition of the appeal.

5. A search of the computerized system has been conducted for Plaintiff Richard Crane, CDCR C-44519, at the request of the Attorney General's Office. A true and correct copy of the Director's Level appeals print-out for Plaintiff is attached as Exhibit A.

6. The record indicates that the Director's Level of Review accepted two inmates appeals that were filed by Plaintiff in 2007, IAB No. 0713134 (Inmate Appeal No. 07-03411) and IAB No. 0714973 (Inmate Appeal No. 07-04232). These appeals did not relate to any of the issues identified in Plaintiff's Complaint.

7. The record also indicates that the Director's Level of Review screened out eight inmate appeals submitted by Plaintiff in 2007. The inmate appeals were:

    a. IAB No. 0706182

    b. IAB No. 0713477

Decl. of N. Grannis Supp. Defs.' Mot. to Dismiss

2

R. J. Cane v D. Ambriz, et al.
C 07-4620 JF

1      c.   IAB No. 0714973
2      d.   IAB No. 0719012
3      e.   IAB No. 5032551
4      f.   IAB No. 5034344
5      g.   IAB No. 5037289
6      h.   IAB No. 5039627

7      The only screened out inmate appeal that relates to the issues identified in Plaintiff's Complaint is IAB No. 0713477 (Inmate Appeal No. 07-02012).

8. IAB No. 0713477 was screened out because the second level review provides the final review for administrative level rules violation reports. A denial at the second level review can not be submitted for a director's level review.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 22 day of May 2008, at Sacramento, California.

N. GRANNIS
Chief, Inmate Appeals Branch

40345401
SF2007200870

Decl. of N. Grannis Supp. Defs.' Mot. to Dismiss      Catanzarite v Horel, et al.
3      Case No. C 07-0677 WHA (PR)