Case 5:07-cv-04620-JF   Document 14-2   Filed 05/28/2008   Page 1 of 4

# EXHIBIT A

Inmate Appeals Branch

03/27/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

### Appellant Appeal History
CDCR Number: C44519

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| C44519 | CRANE, RICHARD | SVSP | 12/21/2005 | | |

#### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0105059 | TRANSFER | Prior to subcategory | 11/26/2001 | HDSP-01-03292 | 02/25/2002 | 04/16/2002 | DENIED |
| 0206896 | STAFF COMPLAINTS | Prior to subcategory | 12/16/2002 | HDSP-02-01966 | 03/17/2003 | 02/14/2003 | DENIED |
| 0214222 | DISCIPLINARY | Prior to subcategory | 06/16/2003 | HDSP-03-00893 | 09/10/2003 | 09/10/2003 | DENIED |
| 0600293 | DISCIPLINARY | Prior to subcategory | 07/10/2006 | SVSP-06-01104 | 10/03/2006 | 09/19/2006 | DENIED |
| 0607140 | DISCIPLINARY | Prior to subcategory | 12/18/2006 | SVSP-06-01104 | 03/19/2007 | 09/10/2003 | DENIED |
| 0713134 (Group) | PROGRAM | Other | 11/02/2007 | SVSP-07-03411 | 02/01/2008 | 02/09/2007 | CANCELLED |
| 0714973 | MEDICAL | Disagree W/Treatment | 01/02/2008 | SVSP-07-04232 | 04/01/2008 | 01/18/2008 | DENIED |
| | | | | | | | PENDING |

#### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0600293 | DISCIPLINARY | Prior to subcategory | 09/20/2006 | SVSP-06-01104 | 09/20/2006 | 09/28/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 0706182 | PROPERTY | | 08/27/2007 | | | | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 0713134 | PROGRAM | Other | 01/10/2008 | SVSP-07-03411 | 02/25/2008 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0713447 | DISCIPLINARY | | 10/30/2007 | | 12/14/2007 | | CORRESPONDENCE LETTER TO INMATE |
| 0714973 | MEDICAL | Disagree W/Treatment | 11/29/2007 | SVSP-07-04232 | 12/27/2007 | | 2ND LEVEL REVIEW FINAL FOR RVR (ADMINISTRATIVE) |
| 0719012 | STAFF COMPLAINTS | | 12/24/2007 | SVSP-07-04686 | 02/22/2008 | | MISSING DOCUMENTATION MUST BE COMPLETED |

Inmate Appeals Branch

03/27/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date |
|---|---|---|---|
| C44519 | CRANE, RICHARD | SVSP | 12/21/2005 |

| Appeal Number | Type | Category | Received | Closed | Alerts (Type, Start, End) / Special Needs |
|---|---|---|---|---|---|
| 5001328 | STAFF COMPLAINTS | Prior to subcategory | 02/03/2005 | 02/03/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5016768 | OTHER | Prior to subcategory | 12/30/2005 | 12/30/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5017884 | PROPERTY | Prior to subcategory | 02/01/2006 | 02/01/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5019790 | OTHER | Prior to subcategory | 02/22/2006 | 02/22/2006 | IMPROPERLY REJECTED OR OVERDUE |
| 5032551 | OTHER | Prior to subcategory | 01/11/2007 | 01/11/2007 | ACTION IS UNDER BPH JURISDICTION |
| 5034344 | MEDICAL | Prior to subcategory | 04/18/2007 | 04/18/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5037289 | STAFF COMPLAINTS | Prior to subcategory | 04/09/2007 | 04/09/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5039627 | OTHER | Prior to subcategory | 05/22/2007 | 05/22/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5049696 | DISCIPLINARY | Prior to subcategory | 05/31/2001 | 05/31/2001 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5050459 | OTHER | Prior to subcategory | 06/29/2001 | 06/29/2001 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5054545 | OTHER | Prior to subcategory | 09/26/2001 | 09/26/2001 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5060750 | OTHER | Prior to subcategory | 03/27/2002 | 03/27/2002 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5067324 | OTHER | Prior to subcategory | 10/02/2002 | 10/02/2002 | MUST BE COMPLETED THROUGH 2ND LEVEL |

**Inmate Appeals Branch**

03/27/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | |
|---|---|---|---|---|---|---|---|
| C44519 | CRANE, RICHARD | SVSP | 12/21/2005 | | | | |
| 5075867 | OTHER | Prior to subcategory | 05/01/2003 | | 05/01/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5079842 | OTHER | Prior to subcategory | 08/04/2003 | | 08/04/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5080975 | OTHER | Prior to subcategory | 08/21/2003 | | 08/21/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5081961 | OTHER | Prior to subcategory | 09/17/2003 | | 09/17/2003 | | EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC 2ND LEVEL REVIEW FINAL |
| 5082413 | OTHER | Prior to subcategory | 10/06/2003 | | 10/06/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5083353 | OTHER | Prior to subcategory | 10/14/2003 | | 10/14/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5083359 | OTHER | Prior to subcategory | 10/14/2003 | | 10/14/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5083610 | OTHER | Prior to subcategory | 10/17/2003 | | 10/17/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5087302 | OTHER | Prior to subcategory | 12/30/2003 | | 12/30/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL |