# EXHIBIT A

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| C44519 | CRANE, R | A YARD | PROPERTY | SVSP-A-04-01657 | |
| Level I Review: | Received: 04/30/2004 | Due: 06/14/2004 | Completed: 10/04/2004 | Disposition: SCREENED OUT | |
| C44519 | CRANE, R | A YARD | LEGAL | SVSP-A- | |
| Informal Review: | Received: 05/17/2004 | Due: | Completed: 07/30/2004 | Disposition: GRANTED | |
| C44519 | CRANE, R | PELICAN BAY | PROPERTY | SVSP-A-04-02159 | |
| Informal Review: | Received: 06/10/2004 | Due: 06/24/2004 | Completed: 06/10/2004 | Disposition: GRANTED | |
| Level I Review: | Received: 06/10/2004 | Due: 07/23/2004 | Completed: 07/13/2004 | Disposition: GRANTED | |
| C44519 | CRANE, R | FAC. A 5 | PROPERTY | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 5 | MAIL | SVSP-A- | |
| Level I Review: | Received: 07/12/2004 | Due: 08/23/2004 | Completed: 08/24/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 09/07/2004 | Due: 10/05/2004 | Completed: 10/07/2004 | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | FAC. A 5 | PROPERTY | SVSP-A-04-02588 | |
| C44519 | CRANE, R | FAC. A 5 | PROPERTY | SVSP-A- | |
| C44519 | CRANE, R | MAILROOM | MAIL | SVSP-A- | |
| Informal Review: | Received: 10/20/2004 | Due: 11/03/2004 | Completed: 11/12/2004 | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | FAC. A 5 | MAIL | SVSP-A-05-00823 | |
| C44519 | CRANE, R | FAC. A 5 | PROPERTY | SVSP-A- | |
| Informal Review: | Received: 01/25/2005 | Due: 02/08/2005 | Completed: 02/11/2005 | Disposition: DENIED | |
| Level I Review: | Received: 02/17/2005 | Due: 04/04/2005 | Completed: 04/08/2005 | Disposition: DENIED | |
| C44519 | CRANE, R | FAC. A 5 | CASE INFO./RECORDS | SVSP-A-05-01438 | |
| Informal Review: | Received: 03/15/2005 | Due: 03/29/2005 | Completed: 04/05/2005 | Disposition: GRANTED IN PART | |

Salinas Valley State Prison

04/01/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| C44519 | CRANE, R | | | | |
| **Level I Review:** | Received: 04/08/2005 | Due: 05/20/2005 | Completed: 05/18/2005 | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | FAC. A 5 | MAIL | SVSP-A-05-01575 | |
| **Informal Review:** | Received: 04/05/2005 | Due: 04/19/2005 | Completed: 04/15/2005 | Disposition: DENIED | |
| C44519 | CRANE, R | FAC. A 5 | | SVSP-A- | |
| **Level I Review:** | Received: 04/21/2005 | Due: 06/03/2005 | Completed: 04/26/2005 | Disposition: CANCELLED | |
| C44519 | CRANE, R | FAC. A 5 | LIVING CONDITIONS | SVSP-A- | |
| **Informal Review:** | Received: 05/02/2005 | Due: 05/16/2005 | Completed: 05/04/2005 | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | FAC. A 5 | LEGAL | SVSP-A-05-02780 | |
| **Level I Review:** | Received: 07/22/2005 | Due: 09/02/2005 | Completed: 08/11/2005 | Disposition: GRANTED | |
| C44519 | CRANE, R | FAC. A 5 | WORK INCENTIVE | SVSP-A-05-04255 | |
| **Informal Review:** | Received: 10/20/2005 | Due: 11/04/2005 | Completed: 11/04/2005 | Disposition: DENIED | |
| C44519 | CRANE, R | FAC. A 5 | WORK INCENTIVE | SVSP-A- | |
| **Level I Review:** | Received: 11/09/2005 | Due: 12/26/2005 | Completed: 12/08/2005 | Disposition: GRANTED | |
| C44519 | CRANE, R | FAC. A 5 | LEGAL | SVSP-A- | |
| **Informal Review:** | Received: 11/14/2005 | Due: 11/30/2005 | Completed: 12/07/2005 | Disposition: DENIED | |
| C44519 | CRANE, R | FAC. A 5 | DISCIPLINARY | SVSP-A- | |
| **Informal Review:** | Received: 12/29/2005 | Due: 01/12/2006 | Completed: 01/13/2006 | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | FAC. A 3 | PROPERTY | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | PROPERTY | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | LEGAL | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | MAIL | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | CASE INFO./RECORDS | SVSP-A- | |

Salinas Valley State Prison

04/01/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| **Informal Review:** | **Received:** 02/10/2006 | | **Due:** 02/27/2006 | **Completed:** 03/15/2006 | **Disposition:** GRANTED |
| C44519 | CRANE, R | FAC. A 3 | DISCIPLINARY | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | DISCIPLINARY | SVSP-A-06-01104 | |
| **Level II Review:** | **Received:** 04/07/2006 | | **Due:** 06/02/2006 | **Completed:** 05/31/2006 | **Disposition:** DENIED |
| **Level III Review:** | | | | **Completed:** 09/19/2006 | **Disposition:** DENIED |
| C44519 | CRANE, R | FAC. A 3 | DISCIPLINARY | SVSP-A- | |
| **Level I Review:** | **Received:** 06/29/2006 | | **Due:** 08/11/2006 | **Completed:** 08/11/2006 | **Disposition:** GRANTED IN PART |
| C44519 | CRANE, R | FAC. A 3 | PROGRAM | SVSP-A-06-01952 | |
| C44519 | CRANE, R | FAC. A 3 | CASE INFO./RECORDS | SVSP-A- | |
| **Informal Review:** | **Received:** 08/25/2006 | | **Due:** 09/11/2006 | **Completed:** 09/20/2006 | **Disposition:** DENIED |
| C44519 | CRANE, R | FAC. A 3 | LEGAL | SVSP-A- | |
| **Informal Review:** | **Received:** 01/09/2007 | | **Due:** 01/24/2007 | **Completed:** 01/25/2007 | **Disposition:** GRANTED IN PART |
| C44519 | CRANE, R | FAC. A 3 | PROGRAM | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | FUNDS | SVSP-A- | |
| C44519 | CRANE, R | FAC. A 3 | CASE INFO./RECORDS | SVSP-A- | |
| **Informal Review:** | **Received:** 03/23/2007 | | **Due:** 04/06/2007 | **Completed:** 04/06/2007 | **Disposition:** GRANTED IN PART |
| C44519 | CRANE, R | FAC. A 3 | STAFF COMPLAINTS | SVSP-A- | |
| C44519 | CRANE, R | A-GYM | LIVING CONDITIONS | SVSP-A-07-02129 | |
| **Informal Review:** | **Received:** 04/16/2007 | | **Due:** 04/30/2007 | **Completed:** 04/20/2007 | **Disposition:** DENIED |
| **Level I Review:** | **Received:** 05/04/2007 | | **Due:** 06/18/2007 | **Completed:** 06/08/2007 | **Disposition:** DENIED |
| C44519 | CRANE, R | FAC. A 3 | DISCIPLINARY | SVSP-A-07-02012 | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

04/01/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|
| C44519 | CRANE, R | Level I Review: | Received: 04/11/2007 | Due: 05/23/2007 | Completed: 05/03/2007 | PROGRAM | Disposition: BYPASSED | SVSP-A- |
| C44519 | CRANE, R | Level II Review: | Received: 05/08/2007 | Due: 06/25/2007 | Completed: 06/20/2007 | | Disposition: DENIED | |
| C44519 | CRANE, R | Level I Review: | Received: 08/24/2007 | Due: 10/09/2007 | Completed: 09/20/2007 | PROPERTY | Disposition: WITHDRAWN | SVSP-A-07-03841 |
| C44519 | CRANE, R | Level I Review: | Received: 09/21/2007 | Due: 11/05/2007 | Completed: 11/09/2007 | MEDICAL | Disposition: GRANTED IN PART | SVSP-A-07-04232 |
| C44519 | CRANE, R | Level I Review: | Received: 10/26/2007 | Due: 12/12/2007 | Completed: 11/29/2007 | STAFF COMPLAINTS | Disposition: GRANTED IN PART | SVSP-A-07-04686 |
| C44519 | CRANE, R | Level II Review: | Received: 11/27/2007 | Due: 12/26/2007 | Completed: 12/21/2007 | | Disposition: GRANTED IN PART | |
| C44519 | CRANE, R | Level II Review: | Received: 01/22/2008 | Due: 02/21/2008 | Completed: 02/01/2008 | PROGRAM | Disposition: DENIED | SVSP-A-07-05306 |
| C44519 | CRANE, R | Level I Review: | Received: 01/30/2008 | Due: 03/14/2008 | Completed: 02/27/2008 | PROGRAM | Disposition: DENIED | SVSP-A-08-00514 |
| C44519 | CRANE, R | Level I Review: | Received: 02/01/2008 | Due: 03/18/2008 | Completed: 02/28/2008 | DISCIPLINARY | Disposition: GRANTED IN PART | SVSP-A-08-00692 |
| C44519 | CRANE, R | Level II Review: | Received: 02/11/2008 | Due: 03/26/2008 | Completed: 03/19/2008 | PROGRAM | Disposition: DENIED | SVSP-A-08-00852 |
| C44519 | CRANE, R | Level I Review: | Received: 02/19/2008 | Due: 04/02/2008 | Completed: 03/18/2008 | PROGRAM | Disposition: GRANTED IN PART | SVSP-A-08-01201 |
| C44519 | CRANE, R | Level I Review: | Received: 03/07/2008 | Due: 04/21/2008 | Completed: 03/26/2008 | PROGRAM | Disposition: DENIED | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

Inmate/Parolee Appeals Tracking System - Level I & II

04/01/2008

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| C44519 | CRANE, R | D9 AD-SEG | SEGREGATION HEARINGS | SVSP-D- | |

Total: 52