1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICHARD J. CRANE,<br><br>Plaintiff,<br><br>v.<br><br>D. AMBRIZ, et al.,<br><br>Defendants. | C 07-4620 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO DISMISS** |
|---|---|

The Court has considered all supporting and opposing arguments regarding Defendants Ambriz, Zornes, Galloway, Hatton, Mantel, and Neotti's Motion to Dismiss. The Court finds that Plaintiff failed to exhaust his administrative remedies as to Defendants Zornes, Galloway, Hatton, Mantel and Neotti; Plaintiff's complaint fails to state a claim upon which relief may be granted; and that Defendants Ambriz, Zornes, Galloway, Hatton, Mantel, and Neotti are entitled to qualified immunity.

Dated: _____

The Honorable Jeremy Fogel

[Proposed] Order

R. J. Crane v. D. Ambriz, et al.
Case No. C 07-4620 JF