[No. C-07-4620-JF]
CRANE v. AMBRIZ

Richard J. Crane #C-44519
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

FILED
2008 JUN 18 P 3:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6/12/08

Dear Clerk:

[Re: RICHARD J. CRANE v. D. AMBRIZ, No. C-07-4620-JF]

Please find enclosed the following document for filing in my behalf.

INMATE/PAROLEE APPEAL FORM CDC 602

Also, enclosed is ONE EXTRA COPY of same for Plaintiff's records. Please! File the EXTRA COPY and return it to Plaintiff in the SASE provided.

Thank you very much.

Yours truly,

Richard J. Crane
# C-44519

STATE OF CALIFORNIA                                                                                      DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region       Log No.           Category
1. _____        1. _____       _____
2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| CRANE, Richard | C-44519 | None | D9 #196 |

A. Describe Problem: On 6/9/08, C.O. Hill, ASU Legal Officer told appellant that a Staff Member would pick-up and provide xerox copying of legal pleadings. No copies were provided. The denial of legal xerox has been ongoing for some two weeks. Appellant has a Court deadline of June 29, 2008, in U.S. District Court, Northern, San Jose, case No. C-07-4620-JF (PR). Appellant has three (3) Pleadings needing xerox on this case. Plus, a Petition for Writ of Habeas Corpus 6th Dist.

If you need more space, attach one additional sheet.

B. Action Requested: That I am provided copies for Court in the above cases ASAP; the Petition for Writ of Habeas Corpus is Appeal of Monterey Superior Court H.C. 6115, ready for Court of Appeals 6th Appellate District.

Inmate/Parolee Signature: Richard J. Crane                          Date Submitted: 6/10/08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____                                Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed                    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Richard J. Crane, declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 12th day of June, 20 08, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) Richard J. Crane
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Richard J. Crane, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On June 12, 20 08, I served the foregoing: INMATE/PAROLEE APPEAL FORM CDC 602

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

Danielle F. O'Bannon, SBN 207095
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 20 08,

Richard J. Crane
DECLARANT/PRISONER

Richard J. Crane #C-44519
Salinas Valley State Prison, D9-196
P.O. Box 1050
Soledad, CA 93960-1050

STATE PRISON
GENERATED MAIL

CLERK OF THE COURT U.S.
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street, #2112
San Jose, CA 95113-3095


