# EXHIBIT C

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| [illegible] | [illegible] | 10/19/07 | SVSP | A3-124L | [illegible] |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR § 3005(a) | Out of Bounds | Fac. "A" Yard | 03/10/07 | 1430 hours |

## CIRCUMSTANCES

On 03/10/07, at approximately 1430 hours, while I was performing my duties as Facility A-3 Central Rovil Officer, I was [illegible] the yard, when I noticed Inmate CASE (C-44619 of A3-124L) on the yard. The yard remains restricted to the Facility "A" Yard Roster, designated afternoon program for Housing Units 1, 2 and 3, floor "B" tier. Inmate CASE is assigned to the lower tier, thus locking on floor start. I was notified that Inmate CASE was released to appear for a count and failed to return to the housing Unit. Inmate CASE has previously been verbally counseled on rules of these procedures.

Inmate CASE is not a participant in the Mental Health Services Delivery System. Inmate CASE is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| [illegible] Correctional Officer | 3/11/07 | A3 [illegible] Rovil Officer | [illegible] |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| [illegible] | 3/11/07 | DATE ___ LOC. ___ |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE<br>☐ SERIOUS | [illegible] | [illegible] | [illegible] | ☐ HO  ☐ SHO  ☐ SC  ☐ FC |

### COPIES GIVEN INMATE BEFORE HEARING

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | [illegible] | 3/16/07 | 710 | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |

## HEARING

[illegible] guilty.

FINDINGS: Inmate CASE was found Guilty of CCR 3005(a), specifically "Out of Bounds" an Administrative offense. This finding is based on the preponderance of evidence presented at the hearing which does substantiate the charge. The [illegible] presented at the hearing included: (see CDC-115-C.)

DISPOSITION: Inmate CASE, placed on Loss of Privileges for 30 days starting 3/11/07 through 07/10/07. Inmate CASE [illegible] privilege group (D1/[illegible]). No Family visits, No Special Purchases and No dayroom for 30 days.

REFERRAL/MOTIVE: Inmate CASE was counseled, warned and reprimanded.

CLASSIFIED REFERRAL: None.

| REFERRED TO  ☐ CLASSIFICATION  ☐ BPT/NAEA | | | |
|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
| [illegible] Correctional Sergeant | [illegible] | 3/16/07 | 10:15 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
| [illegible] Captain (A) | 3/16/07 | [illegible] | [illegible] |
| | | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | [illegible] | | |

CDC 115 (7/88)

STATE OF CALIFORNIA                                                                   DEPARTMENT OF CORRECTIONS
                                                                                      PAGE ___ OF ___
**RULES VIOLATION REPORT - PART C**

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| | DAR | A07-03-0073 | CSP | 05/11/07 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☐ IE REPORT   ☐ OTHER _____

Hearing: 05/11/07   TIME: 1105 hours   Any Postponement Explained: None.

**Inmate's Health:** Inmate DAR stated his health was good. **MHSDS:** Inmate DAR is not a participant in the Mental Health Services Delivery System. The circumstances of the RVR do not indicate that Inmate DAR exhibited any bizarre behavior that would raise concerns about his mental health. At the hearing, Inmate DAR did not demonstrate any strange, bizarre, or irrational behavior. Based on this and pursuant to recent changes approved by the U.S. District Court of Appeal, a mental health assessment was not initiated.

Date of Discovery: 03/23/07          Initial RVR copy issued on: 03/28/07
Hearing started on: 05/11/07         Last document issued to inmate on: 03/28/07

**Time Constraints:** Inmate DAR acknowledged receipt of all reports to be used in evidence and was ready to proceed with the hearing. Copies of all reports were issued more than 24 hours prior to the hearing. The disciplinary was issued to inmate DAR within 15 days of discovery and the hearing was been held within 30 days. All time constraints were met.

**Staff Assistant (SA):** Inmate DAR's TABE score is above 4.0. Therefore, a staff assistant was not assigned per CCR Title 15. Inmate DAR explained his understanding of the charges/process/options/instructions to the hearing investigator to my satisfaction. Inmate DAR read the RVR aloud and was able to demonstrate his understanding of the content and disciplinary process through discussion with the SHO.

**Investigative Employee (IE):** An Investigative Employee was not assigned per CCR 3315(d).

**Inmate Plea Statement:** Inmate DAR entered a plea of Not Guilty and stated, "I don't turn in I had to come back."

**Witnesses Requested or Provided:** None   **Witness Testimony at Hearing:** None   **Confidential Information:** No.

**Finding: (GUILTY):** Inmate DAR is found Guilty of "Out of Bounds." This finding of Guilty is based upon the following preponderance of evidence:

A. The information contained in the RVR Log# A07-03-0073 authored by Correctional Officer D. Adair, wherein he states in part, "I was observing the yard, when I noticed Inmate DAR (C-54510 of A3-123L) on the yard. The 3rd Watch rotation schedule of the Facility "A" Yard schedule, designated afternoon program for Housing Units 1,3 and 5. Upper Tier Yard. Inmate DAR is assigned to the lower tier. Upon calling to floor staff, I was notified that Inmate DAR was released on yard on a shout and failed to return to the Housing Unit. Inmate DAR has previously been verbally counseled for this on numerous times."

B. Inmate DAR pled not Guilty during the hearing. However, due to the circumstance in the RVR, as mentioned above, there is sufficient evidence to justify the finding of guilty. Therefore, SHO finds Inmate DAR guilty of Out of Bounds.

**Appeal Rights:** Inmate DAR was advised of his rights to appeal and also the policy and procedure of appeal. Inmate DAR was advised that he will receive a completed copy of the RVR upon final audit by the Chief Disciplinary Officer. Inmate DAR has 15 days from the receipt of his final copy to file an appeal.

B. Calloway, Correctional Sergeant

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | D. Dallaway | 5-12-07 |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| | D. Adair | 4/11/07 | 1100 |

CDC 115-C (5/95)                                                                OSP 99 25082