# EXHIBIT D

State of California                                                                                   Department of Corrections and Rehabilitation

INMATE / PAROLEE APPEAL SCREENING FORM

INMATE: __Crane__ CDC #: __C44519__ CDC HOUSING: __A3-124__                   CDCR-695

[illegible header] YOUR APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR
RETURNED FOR YOU TO ATTACH SUPPORTING DOCUMENTS
PLEASE RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken                    [ ] Requested Appeal Withdrawn
[ ] Duplicate Appeal; Same Issue                       [ ] Appeal Previously Received and Processed
[ ] Appealing Action Not Yet Taken                     [ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete Appeal – Documents Not Attached         [ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Time Constraints Not Met                           [ ] Limit of One Continuation Page May Be Attached
[ ] Cannot Submit On Behalf Of another Inmate          [ ] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Appeal Process Abuse – Inappropriate Statements    [ ] Incomplete Property Appeal – Missing Documents*
[ ] No Significant Adverse Effect Demonstrated         [ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Action / Decision Not Taken By CDCR                [ ] Appeal Process Abuse – Pointless Verbiage
[ ] Action Sought Is Under Sentencing Court Jurisdiction [ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Submit Issue to Assigned Parole Office             [ ] Attempting to Change Original Appeal Issue
[ ] Appeal Matter to VCGCB                             [ ] Not Authorized to Bypass Any Level
[ ] DRB Decisions Are Not Appealable                   [ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Request for Interview; Not an Appeal               [X] Do Not Combine Staff Complaints with Other Issues
[ ] More than one issue – one issue per appeal         [ ] Emergency Not Warranted-CCR 3084.7
[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

PLEASE ATTACH AS NOTED BELOW:

[ ]   CDC 115/Hearing Officer's Results          [ ]   CDC 128C Medical Chrono
[ ]   CDC 115 with IE/DA Information             [ ]   CDC 1819 Denied Publications
[ ]   Supplemental Report to CDC 115             [ ]   CDC 128 A
[ ]   CDC 1030 Confidential Disclosure           [ ]   CDC 128 B
[ ]   CDC 114D Lockup Order                      [ ]   CDC 143 Property Transfer Receipt
[ ]   CDC 128G ICC/UCC                           [ ]   Cell Search Slip
[ ]   CDC 128G CSR Endorsement Chrono            [ ]   Receipts
[ ]   CDC 839/840 Class/Reclass Score Sheet      [ ]   Qtr. Pkg. Inventory Slip
[ ]   CDC 7219 Medical Report                    [ ]   Trust Account Statement
[ ]   Other: SEE COMMENTS BELOW                  [ ]   Property Inventory Receipt

Comments: You may write on back of this form to clarify or respond to the above.

Attach evidence or documentary proof. If you have none – then rewrite appeal and remove #'s 2 and 3 in Section B as this issue does not rise to the level of a Staff Complaint

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison                                             Date: 3-15-07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  
1. _____  
2. _____

Log No.  
1. _____  
2. _____

Category  _U_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

_Modified Program_

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Richard J. CRANE | C-44519 | None | A3 #124 |

A. Describe Problem: On February 28, 2007, Sgt. Galloway and Correctional Officer in Building 3, on Facility 'A' refused to allow me to use a double shower with my cellmate, and both were unoccupied. These Staff insisted I use one shower with my cellmate, and when I did not want to, they said get back in your cell you refused a shower.

If you need more space, attach one additional sheet.

RET'D MAR 26 2007     REC'D MAR 15 2007

B. Action Requested: 1.) That these CDCR Staff cease this practice of forcing two men in a single shower; 2.) That this is entered in their conduct record; 3.) That Sgt. Galloway ceases to violate my civil rights and retaliate because I have him subject in a Federal Civil Rights lawsuit.

Inmate/Parolee Signature: _Richard J. Crane_       Date Submitted: 03/14/07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____       Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____       Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PRECIPITATING INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | NOVEMBER 15, 2006 | SVP-FA2-06-11-0754 |

- [ ] NORMAL PROGRAM
- [x] MODIFIED PROGRAM
- [ ] LOCKDOWN
- [ ] STATE OF EMERGENCY

- [x] INITIAL
- [ ] UPDATE
- [ ] CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- [ ] INSTITUTION
- [x] FACILITY: A
- [ ] HOUSING UNIT:
- [ ] VOCATION:
- [ ] EDUCATION:
- [ ] OTHER:

**INMATES AFFECTED**
- [x] ALL
- [ ] BLACK
- [ ] WHITE
- [ ] HISPANIC
- [ ] OTHER

**REASON**
- [ ] BATTERY
- [ ] DEATH
- [ ] RIOT / DISTURBANCE
- [ ] GROUPING
- [x] OTHER: Possible assault on staff

**MOVEMENT**
- [ ] NORMAL
- [x] ESCORT ALL MOVEMENT (in restraints)
- [ ] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- [x] CONTROLLED MOVEMENT
- [x] OTHER: Unclothed Body Search prior to exiting cell

**WORKERS**
- [x] CRITICAL WORKERS ONLY, WITH CAPTAINS APPROVAL
- [x] CULINARY
- [x] CLERKS
- [ ] VOCATION/EDUCATION
- [ ] CANTEEN
- [ ] CLOTHING ROOM
- [ ] RESTRICTED WORK PROGRAM
- [x] PORTERS

**DAYROOM**
- [ ] NORMAL
- [x] NO DAYROOM ACTIVITIES
- [ ] MODIFIED:

**RECREATION**
- [ ] NORMAL
- [x] NO RECREATIONAL ACTIVITIES
- [ ] MODIFIED:

**FEEDING**
- [ ] NORMAL
- [x] CELL FEEDING
- [ ] CONTROLLED FEEDING IN DINING ROOM
  - [ ] HOUSING UNIT/DORM AT A TIME
  - [ ] DORM POD AT A TIME
  - [ ] TIER AT A TIME
  - [x] Gym Inmates fed in dining hall
- [ ] SACK MEAL BREAKFAST
- [x] SACK MEAL LUNCH
- [ ] SACK MEAL DINNER

**SHOWERS**
- [ ] NORMAL
- [x] ESCORTED-in restraints
- [ ] ONE INMATE PER SHOWER – OWN TIER
- [x] CELL PARTNERS TOGETHER – OWN TIER
- [ ] DORM SHOWERING BY GROUP
- [ ] CRITICAL WORKERS ONLY
- [ ] NO SHOWERS

**CANTEEN**
- [ ] NORMAL
- [x] NO CANTEEN
- [ ] MODIFIED:

**PACKAGES**
- [ ] NORMAL
- [x] NO PACKAGES
- [ ] MODIFIED

**DUCATS**
- [ ] ALL DUCATS HONORED
- [ ] MEDICAL DUCATS ONLY
- [ ] CLASSIFICATION DUCATS
- [x] PRIORITY DUCATS ONLY

**MEDICAL**
- [ ] NORMAL MEDICAL PROGRAM
- [x] PRIORITY DUCATS ONLY – under escort
- [x] MTA CONDUCT ROUNDS IN UNITS
- [ ] INMATES ESCORTED TO SICK CALL
- [ ] EMERGENCY MEDICAL ONLY
- [ ] OTHER:

**PHONE CALLS**
- [ ] NORMAL
- [x] NO PHONE CALLS
- [ ] MODIFIED:

**VISITING**
- [x] NORMAL VISITING – under escort
- [ ] NON-CONTACT ONLY
- [ ] NO VISITING
- [ ] OTHER:

**LEGAL LIBRARY**
- [x] MODIFIED: PLU I/Ms will receive priority to progress to GLU I/Ms

**RELIGIOUS SERVICES**
- [ ] NORMAL
- [ ] NO RELIGIOUS SERVICES
- [x] MODIFIED: IN CELL WORSHIP

**REMARKS:** On November 15, 2006, information was received that there is a possible threat to assault a Correctional Officer on Facility A. Facility A will remain on a Modified Program pending the completion of an investigation into this matter. Facility A shall commence the searches and interview process.

| PREPARED BY: D.M. Mantel, Facility A Captain | DATE: 11/15/06 | NAME / SIGNATURE (WARDEN): M. S. Evans, Warden | DATE: 11/15/06 |
|---|---|---|---|