# EXHIBIT F

# AFFIDAVIT OF MICHAEL CLARK

I, Michael Clark, do hereby affirm that:

1. I'm in California State Prison at Salinas Valley State Prison, identification number E-40933, M.S. Evans, Warden.

2. On March 16, 2007, while housed in Building Three cell number 125 which is next door to inmate Richard Crane, I observed the following events.

3. March 16, 2007, approximately 7:30 p.m., I began to ask Guards to turn the electrical power on inside of my cell, since it was off for non-disciplinary reasons. C.O. Zornes said he'd turn it back on. C.O. Zornes requested the chase key from Guard Ambriz, in control tower to open the chase and turn the power on. C.O. Ambriz gave a key to C.O. Zornes, but the key was apparently the wrong key, since it would not open the chase. C.O. Zornes said he could not turn the power on because this key didn't work. I informed Richard Crane next door that, C.O. Ambriz must have given the wrong key to Zornes, and maybe Ambriz did not want the power on to prevent Richard Crane from typing documents for the lawsuits he had against Prison Guards and Officials.

4. March 16, 2007, 8:00 p.m., approx. Richard Crane called out of his cell to C.O. Ambriz requesting to speak with him, but Ambriz refused to unlock his door. Next Crane said: "Do I need to write this up?" C.O. Ambriz conveyed this threat to Zornes, and Zornes came out of the office to Richard Crane's cell, and stated: "The key doesn't work. Your power will be off until Monday." "If you want to 602 me go ahead, I don't "give a shit," the name is Zornes. The demeanor of C.O. Zornes was very angry, and threatening toward Crane.

5. March 16, 2007, at 11:00 p.m., Count with another shift of Prison Guards on duty, I asked the Guard if he would turn the power on. The Guard requested and retrieved a correct key from a Guard in the control tower whom had replaced Ambriz, and used the correct key to open the chase and turn the power on.

I, Michael Clark, do hereby affirm under the penalty of perjury that the foregoing is true and correct, and as to those matters stated on my belief, I believe they are true.

Dated: April 01, 2007.

*Michael Clark*
———————————————
Michael Clark