# EXHIBIT G

**AFFIDAVIT OF TODD AMOS**

I, Todd Amos, do hereby affirm that:

1. I am a California State Prisoner imprisoned at Salinas Valley State Prison, under identification number C-38090.

2. On March 16, 2007, I was confined on Facility 'A' cell number 125, in Building 3, next door to inmate Richard Crane. On this date at approximately 7:30 p.m., Michael Clark my cell mate, and myself began requesting to have the electrical power turned on in our cell which is connected to the same power source as Richard Crane's cell number 124.

3. March 16, 2007, approx. 8:00 C.O. Ambriz in the control tower of the Building 3, whom has control of the keys to the door of power chase between cells handed a key to C.O. Zornes upon the request from C.O. Zornes whom we asked to turn our power on. Upon retrieving the key from Ambriz and attempting to unlock the chase, C.O. Zornes said the key does not work.

4. After C.O. Zornes said the key would not open the chase, my cell mate Michael Clark informed Richard Crane that, C.O. Ambriz must have given C.O. Zornes the wrong key, and possibly to prevent inmate Crane from typing legal papers for the Court on a lawsuits against the Prison Guards. At that time Richard Crane called from his cell to C.O. Ambriz, and not in a threatening manner, but first requested Ambriz open his cell so that he could talk with him. Ambriz refused, and Richard Crane said: "Do I have to write this up.?" C.O. Ambriz appeared to tell Zornes, that Crane threatened to write him up. C.O. Zornes became angry and came to Crane's cell and said your power will be off until Monday.

5. March 16, 2007, at 11:00 p.m., my cell-mate Michael Clark, asked the new First Watch shift Guard if he would turn the power on. The Guard asked the control tower for the key to the chase, and since C.O. Ambriz was not working in control tower, the Tower Guard gave the correct key to the floor Guard, and he turned the power on.

I, Todd Amos, do hereby affirm under the penalty of perjury that the foregoing is true and correct, and as to those matters stated on my belief, I believe they are true.

Dated: April 01, 2007.

Todd Amos

2