# EXHIBIT H

AFFIDAVIT OF CARLOS PRADO

I, Carlos Prado, affirm as follows:

1. I am a California State Prisoner at Salinas Valley State Prison, CDCR No. H-20772, with M.S. Evans, Warden.

2. On March 16, 2007, while living in cell number 124 on Facility 'A', Building 3, I was reading a book at around 7:30 P.M. when I heard a sharp pitch sound go off and realized it was the T.V. appliance. I notice that the power was off, and tried to see if there was any power. My cellmate Richard Crane was sitting on his bunk and not reacting to the power outage.

3. March 16, 2007, I asked my neighbors if they had any power for their appliances, and the neighbors Michael Clark, CDCR No. E-40933, and Todd Amos, CDCR No. C-38090, living next door in cell No. 125 informed me that they did not have power either.

4. March 16, 2007, approximately 7:45 I began to call to the control tower Officer Ambriz, and the neighbors likewise began to ask if the floor officer can turn the power back on. C.O. Zornes came with a key to unlock the door to where the power switch is, and Zornes announced that it was the wrong key, and he left to see if there was another key, but C.O. Ambriz did not provide Zornes with any key to open the door for the power switch.

5. March 16, 2007, approx. 7:50, Michael Clark called over to Richard Crane, CDCR No. C-44519, and told him that he believed C.O. Ambriz gave the wrong key to Zornes because Ambriz did not want the power on, to prevent Richard Crane from typing legal affidavits and court papers against the Salinas Valley State Prison. We believed the Guards used the wrong key to stop Richard Crane from typing Court papers, and keep the power off.

1

6. March 16, 2007, 8:00 P.M. Richard Crane began to call out to C.O. Ambriz and asked to speak with him. Ambriz refused to let Richard Crane out to talk to him, and Richard Crane said do I have to write it up. C.O. Zornes next approached the cell with a key in his hand saying the "key doesn't work hitting the window in a wild manner. Zornes said, "if you want to 602 me my names is Zornes," and "You don't want to get me started."

7. March 16, 2007, at 11:00 approx., the First Watch Guards took over, and the floor guard was walking by when inmates Michael Clark and Todd Amos asked if the guard would turn the power on. The guard went to the new control tower guard (who relieved Ambriz) and requested and received the correct key for the electrical outlet door and opened the door and turned the power on.

I, Carlos Prado, affirm under the penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2007.

_____
Carlos Prado, CDCR No. H-20772