# EXHIBIT I

Richard J. Crane, No. C-44519
Salinas Valley State Prison, P.O. 1050
Fac. 'A' Bldg. #3, cell #124
Soledad,
CA 93960-1050

ORIGINAL FILED
08 MAR 14 PM 3:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>  Plaintiff,<br><br>vs.<br><br>D. AMBRIZ, et al.,,<br><br>  Defendants. | No. C-07-04620-JF<br><br>AFFIDAVIT OF SEMANU MILO IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND/ PRELIMINARY INJUNCTION |

I, Semanu Milo, hereby affirm:

1. I am a California State Prisoner incarcerated at Salinas Valley State Prison, CDCR No. P-78110, under the custody of M.S. Evans, Warden.

2. On March 12, 2008, at 10:30 a.m. I was going to my prison yard crew job. While I left the building I heard Richard Crane state: "Did you hear me threaten him?" Dotson looked. Richard Crane repeated: "Did you guys hear me threaten him?" C.O. Ambriz was in the tower, and I heard Ambriz state: "Throw him in Ad Seg, ruin his case." I will submit to polygraph.

1

## DECLARATION

I Semanu Milo #P-78110 declare as follows:

On March 20, 2008 at approximately 12:00 afternoon I was in my cell #124 together with my cellmate Richard Crane #C-44519, I witness C/o Elias arrive to cell #124 and had the Tower Control booth to open cell door #124 and called Richard Crane #C-44519 and handcuffed without no resistance and escorted out from Facility 'A' building #3.

After my cellmate Richard Crane #C-44519 was escorted out from building #3. I went out for shower's on upper tier 'A' shower stall. While in the shower stall preparing myself to shower I witness C/o Dotson "Jumping for Joy" and "dancing around" going direct to my cell #124 looking in the cell... noticing no one was in the cell. Once I was done showering arriving back to my cell #124... C/o Dotson acknowledge me (Semanu Milo #P-78110) informing me to roll Richard Crane's #C-44519 property.

I packed all my cellmate Richard Crane's #C-44519 property and handed over to C/o Dotson while C/o Dotson standing by the cell door #124. I also witness C/o Dotson once I complete giving all Richard Crane's #C-44519 property to C/o Dotson... when I closed my cell door looking out to the dayroom... C/o Dotson doing inventory witness C/o Dotson throwing legal materials folders/files and etc... in the trash and also witness C/o Dotson giving an inmate name Larry Padilla in cell #202 my cellmate Richard Crane's #C-44519 personal property and personal shower bag.

Pursuant to 28 USC § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Date: March 20, 2008

*Semanu Milo*
Semanu Milo #P-78110
Salinas Valley State Prison
P.O. Box #1050142-174

# EXHIBIT I

```
Richard J. Crane, No. C-44519
Salinas Valley State Prison, P.O. 1050
Fac. 'A' Bldg.#3, cell #124
Soledad,
CA 93960-1050
```

ORIGINAL FILED

08 MAR 14 PM 3:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>   Plaintiff,<br><br>vs.<br><br>D. AMBRIZ, et al.,,<br><br>   Defendants. | No. C-07-04620-JF<br><br>AFFIDAVIT OF SEMANU MILO<br>IN SUPPORT OF TEMPORARY<br>RESTRAINING ORDER AND/<br>PRELIMINARY INJUNCTION |

I, Semanu Milo, hereby affirm:

1. I am a California State Prisoner incarcerated at Salinas Valley State Prison, CDCR No. P-78110, under the custody of M.S. Evans, Warden.

2. On March 12, 2008, at 10:30 a.m. I was going to my prison yard crew job. While I left the building I heard Richard Crane state: "Did you hear me threaten him?" Dotson looked. Richard Crane repeated: "Did you guys hear me threaten him?" C.O. Ambriz was in the tower, and I heard Ambriz state: "Throw him in Ad Seg, ruin his case." I will submit to polygraph.

3. On March 12, 2008, at 10:30 a.m. I was outside after leaving for work, when I heard C.O. Ambriz state: "Throw him in Ad Seg, ruin his case." I heard this statement from C.O. Ambriz from the tower window to the yard, while Crane and Dotson were inside the building. Right after the statement from Richard Crane: "Did you hear me threaten him?" About three times loud.

4. On March 12, 2008, Richard Crane was requesting to go to the yard to speak with witnesses, one of whom is Gerry Williams, but these prison guards have been harassing him at every chance.

5. On February 25, 2008, Monday, I observed C.O. Seward take Richard Crane's towel off of the shower door and throw it off the top tier on the ground. I had placed the towel there myself, and looked and observed towels on all of the shower doors. This was clear harassment of Richard Crane for suing the prison guards. I picked the towel off of the ground and put it back on the shower door. Richard Crane was at the cell window observing me.

I, Semanu Milo, affirm under the penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008.

*[signature]*

Semanu Milo, #P-78110

2

## DECLARATION

I Semanu Milo #P-78110 declare as follows:

On March 20, 2008 at approximately 12:00 afternoon I was in my cell #124 together with my cellmate Richard Crane #C-44519, I witness C/O Elias arrive to cell #124 and had the Tower Control booth to open cell door #124 and called Richard Crane #C-44519 and handcuffed without no resistance and escorted out from Facility "A" building #3.

After my cellmate Richard Crane #C-44519 was escorted out from building #3. I went out for shower's on upper tier "A" shower stall. While in the shower stall preparing myself to shower I witness C/O Dotson "Jumping for Joy" and "dancing around" going direct to my cell #124 looking in the cell... Noticing no one was in the cell. Once I was done showering arriving back to my cell #124... C/O Dotson acknowledge me (Semanu Milo #P-78110) informing me to roll Richard Crane's #C-44519 property.

I packed all my cellmate Richard Crane's #C-44519 property and handed over to C/O Dotson while C/O Dotson standing by the cell door #124. I also witness C/O Dotson once I complete giving all Richard Crane's #C-44519 property to C/O Dotson. When I closed my cell door looking out to the dayroom... C/O Dotson doing inventory witness C/O Dotson throwing legal materials folders / files and etc... in the trash and also witness C/O Dotson giving an inmate name Larry Padilla in cell #202 my cellmate Richard Crane's #C-44519 personal property and personal shower bag.

Pursuant to 28 USC § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Date: March 20, 2008

Semanu Milo #P-78110
Salinas Valley State Prison
P.O. Box #1050, A2-124