Richard Crane #C-44519
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

FILED
2008 AUG 26 A 10: 32
RICHARD [W.] WIEKING
U.S. DIST [COURT]
NO. DIST [CA S.J.]

Clerk of U.S. Northern District Court, San Jose.

8-18-08

Dear Clerk:

[Re: RICHARD J. CRANE v. D. AMBRIZ. No. C-07-4620-JF]

On August 6, 2008, I mailed & served the Defendants' with a "REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR USE OF PERSONAL TYPEWRITER," and enclosed an EXTRA COVER PAGE and S.A.S.E. requesting a filed copy. I never received a filed cover page back and the prison guards recently stole legal mail before.

Please! Let me know if you received this "REPLY TO OPPOSITION ... TYPEWRITER?"

Thank you very much
Yours truly

Richard J. Crane

P.S. S.A.S.E. enclosed.

Kirkey David #C94514
SVSP D9 #106
P.O. Box 1050
Soledad, CA 93960-1050

LEGAL MAIL

CLERK U.S. NORTHERN
DISTRICT COURT
280 South First St., #2112
San Jose, CA 95113-3095



02 1A
0004397458
MAILED FROM ZIPCODE 93960
$ 00.42⁰
AUG 22 2008
PITNEY BOWES

