Richard J. Crane, #C-44519
SALINAS VALLEY STATE PRISON
Fac. 'D' Bldg.#9, cell #196
P.O. BOX 1050
SOLEDAD
CALIF. 93960-1050

CLERK OF THE COURT U.S. NORTHERN
DISTRICT OF CALIFORNIA
280 South First Steet, #2112,
San Jose, CA 95113-3095

August 28, 2008

[Re: RICHARD J. CRANE v. D. AMBRIZ, et al., No. C-07-4620-JF.]

Dear Clerk:

On August 06, 2008, I mailed the following pleading to your Court and served the Defendant's counsel. I enclosed an EXTRA COVER PAGE and a S.A.S.E. requesting a filed cover page back.

REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR USE OF PERSONAL TYPEWRITER.

Please! Send me the acknowledgment of receipt of the above pleading enclosed is a S.A.S.E.

Thank you very much.

Respectfully,

Richard J. Crane